**Ronald L. EVANS, Claimant–Appellant**

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2015–7055.

United States Court of Appeals, Federal Circuit.

March 14, 2016.

Sandra E. Booth, Columbus, OH, argued for claimant-appellant.

Martin F. Hockey, Jr., Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr.; Martie Adelman, Y. Ken Lee, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

TARANTO, SCHALL, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**